# EXHIBIT A

**TRANSCRIPT**

| | |
|---|---|
| **Title:** | Nolan Wells Nancy Grace PAID OFF to Lie for The White Boys😮⁉️ |
| **Account:** | Trent Hall (@trentoutloud) |
| **Platform:** | YouTube |
| **Published:** | September 23, 2026 |
| **URL:** | https://www.youtube.com/watch?v=F0V1fSY2zew |
| **Runtime:** | 16:48 |

**[00:00]** There is nobody on this planet that could tell me that Nancy Grace's show last night was not bought and paid for by the three white boys and the puppet master.

**[00:11]** In the middle of Nancy's show last night, when she said she was gonna take a break to hear a word from her sponsors, I literally thought the puppet master was gonna jump out the closet and be like, hey, thanks everybody.

**[00:24]** Nancy Grace said the three white boys were exonerated by the grand jury 1,295 times in her 45-minute show.

**[00:36]** And maybe I'm exaggerating just a little bit, but I swear it literally felt like it was over a thousand times.

**[00:44]** Nancy Grace also made salacious claims that [Nolan] drowned when she knows that is not true.

**[00:52]** She also said the [Sea Tow] call was fake. And then towards the end of her show, she did the unthinkable. She went after Christine and Elmore. And y'all know, I do not play it when it comes to mama and papa, Nolan.

**[01:11]** Ladies and gentlemen.

**[01:13]** I promise you, the last thing I want to be doing is talking about [Switching Sides] Nancy.

**[01:20]** former officer Tatum or Tamara Owens.

**[01:24]** But I cannot and I will not allow them to lie, manipulate and spread false narratives when it comes to this Nolan Xavier Wells investigation.

**[01:39]** So sit back, relax. I'm gonna tell you everything that transpired yesterday on the Nancy Grace Show. Then I'll leave it up to you to let me know how you feel in the comment section. Bala.

**[01:52]** Yesterday, I was minding my business just on my phone scrolling through Instagram after having an amazing day posting the press conference from Christine Elmore and Benjamin Crump reassuring us that we will not give up the fight demanding justice for Nolan Xavier Wells.

**[02:14]** in a great mood.

**[02:15]** And then who came across my timeline?

**[02:19]** [Switching Sides] Nancy.

**[02:22]** Here is the clip.

**[02:23]** Where Nancy says

**[02:27]** Autopsy result was that Nolan drowned. You'll hear her say.

**[02:32]** Nolan drowned and she knows that's not true.

**[02:35]** Listen to this.

**[02:37]** Bombshell tonight.

**[02:38]** Nolan Wells' death ruled

**[02:41]** A drowning.

**[02:42]** Okay, I thought this video was just gonna be about the drowning. She goes into the [Sea Tow] call. She literally says a million times that the boys were exonerated. And then she goes after Christine and Elmore.

**[02:56]** Let's start out with the drowning, and you're gonna hear Nancy Grace, in her own words, explain to you that the autopsy.

**[03:05]** was did not rule Nolan's passing.

**[03:09]** As a drowning.

**[03:11]** As to his cause of death, isn't it true they're saying drowning by process of elimination? That doesn't make me feel very certain.

**[03:19]** To me, it sounds like, well.

**[03:22]** Don't know what it is, so it must be drowning. They basically say, well, actually, they do say it's a process of elimination. That's not.

**[03:31]** Very reassuring to me. All right. Now that we got that out the way, let's get into the meat and potatoes, y'all.

**[03:40]** Let's start out with a quick one.

**[03:43]** The [Sea Tow] call. You're gonna hear Nancy say the [Sea Tow] call is fake.

**[03:50]** And the reason why she gives now that the [Sea Tow] call is fake.

**[03:55]** is from the grand jury report.

**[03:59]** And you'll hear her say, page five. Let me read to you page five and then I'll play the clip.

**[04:04]** The report says the grand jury received the original [Sea Tow] call made by occupants of the Triton on July the 4th, 2026. The grand jury finds that the various [Sea Tow] calls and interpretations of the call circulating on the internet and social media.

**[04:25]** are not true and

**[04:27]** Accurate.

**[04:29]** That's not to say that every single one out there is fake. What are you talking about, Nancy?

**[04:35]** We know that there's some fake ones out there. We know there's some AI versions out there. We know that.

**[04:42]** That doesn't mean that Janeta Bradley's one is fake. And if you remember.

**[04:48]** Nancy even had one on her show.

**[04:51]** that she said she had her own people.

**[04:55]** enhance the audio and you can hear that.

**[04:58]** Now she wants to try to make it seem that even the one that she had was a fake one and all that, oh damn it, Bart and all of that stuff, Nolan, this or whatever, all of that is fake.

**[05:10]** The first sign that I was like, yo, the drowning editing, okay, that was to get to get clips, to get clicks and views. This [Sea Tow] thing, no, no, no, this is puppet master level. This is where the money comes in.

**[05:25]** You're gonna have the audacity to say that every single [Sea Tow] call is fake?

**[05:31]** We're learning a lot. We learned that [Sea Tow] call was faked. That was a big fake, as we suspected. Now we find out on page five, it was faked.

**[05:42]** I don't know what

**[05:43]** lunatic would have laid that in there.

**[05:47]** Where you hear a fake

**[05:49]** Dialogue about Nolan being hurt, that was faked.

**[05:55]** did that? All right.

**[05:57]** You have the drowning, you have the [Sea Tow] call.

**[06:00]** Let's now move over to

**[06:04]** Nancy Grace

**[06:06]** literally sounding like a broken record.

**[06:10]** Sing.

**[06:12]** 2091 times.

**[06:16]** I know I've upped it from a thousand, two hundred, but it's it's painstaking.

**[06:21]** That the boys have been exonerated. The grand jury has exonerated the boys. [Bombshell] tonight, the four acquaintances on the boat.

**[06:30]** Or

**[06:31]** Cleared. They are exonerated through. I want to stress.

**[06:37]** The acquaintances on the boat are cleared.

**[06:42]** They have been exonerated.

**[06:45]** We need to move forward.

**[06:48]** All these allegations are not based in truth.

**[06:51]** This is reality.

**[06:53]** Deal with it.

**[06:54]** They were not involved.

**[06:57]** I get that the four acquaintances are cleared. I'm fine with that. Good. Now can we move on to find out what really happened? The only thing I really know tonight is that the acquaintances were not involved.

**[07:09]** One thing I know.

**[07:10]** The four acquaintances were not part of this.

**[07:14]** I do know

**[07:15]** is that the acquaintances are cleared.

**[07:18]** In other words.

**[07:20]** While the four acquaintances have been cleared.

**[07:24]** Four acquaintances that were on the Triton boat have been exonerated. I'm very sorry that I had to put you through that.

**[07:33]** But I had to make my [point].

**[07:35]** Yeah, the the

**[07:36]** The the bag.

**[07:38]** The check, yo, that's a lot of zeros, man, because it's not even like subliminal. You know how you're like, oh, can you put us some subliminal? Like, this is overt. Either they have [something on] Nancy and it was like, yo, if you don't do that, this is, it's probably a mix of both.

**[07:56]** In all seriousness,

**[07:58]** Let's now go to

**[08:01]** Nancy

**[08:03]** making salacious claims.

**[08:07]** About

**[08:09]** Christine and Elmore.

**[08:10]** And

**[08:12]** Whether this is the puppet master, whether it's the three white boys, whether it's Nancy herself.

**[08:19]** This is

**[08:21]** despicable.

**[08:23]** This is...

**[08:25]** First of all, false accusations.

**[08:28]** And this is just horrible to do to grieving parents.

**[08:34]** We played.

**[08:36]** Uh a clip from the press conference yesterday where

**[08:39]** Christine told us about a text message that she got from the Mississippi DA.

**[08:45]** And how cold it was.

**[08:48]** You people on the opposition really don't care about Christine, huh?

**[08:53]** Listen to Nancy.

**[08:56]** See that

**[09:00]** Christine and Elmore.

**[09:04]** Have

**[09:05]** Made claims.

**[09:09]** That the three white boys

**[09:12]** has done something nefarious.

**[09:16]** And they are guilty.

**[09:17]** And when the district attorney

**[09:21]** gave them an opportunity.

**[09:24]** Christine and Elmore to present.

**[09:26]** evidence from their own independent investigation.

**[09:29]** She's saying oh well.

**[09:31]** Christina and Elmore didn't give the DA anything.

**[09:34]** And how could you give them nothing after making all these claims?

**[09:37]** Christine and Elmore and Benjamin Crump, nobody on your team has made any claims. They have said and continue to say.

**[09:47]** They just want answers like every single parent on this planet would want answers. They want to know what happened to Nolan Xavier Wells. Nancy Grace, you should be ashamed of yourself.

**[09:59]** Further, the Wells family did not request any additional document, recording, photograph, digital media, report, or other material in the legal team's possession be submitted to the grand jury.

**[10:12]** All of these claims that they have made.

**[10:17]** About what happened to Nolan, they did not submit any witnesses or evidence. We've been told.

**[10:23]** And

**[10:24]** led to believe that something nefarious has happened to Nolan Wells. Well

**[10:29]** Asked to present witnesses or evidence to support those claims, they got nothing.

**[10:35]** And by the way, Nancy.

**[10:37]** We do have evidence.

**[10:39]** We do have things cooking up.

**[10:42]** We just don't trust the Mississippi DA.

**[10:46]** Like I've been telling you guys all along, we knew.

**[10:50]** You weren't gonna

**[10:51]** Come back with an indictment from the grand jury. What this is Mississippi? We know what's up.

**[10:58]** Why would we just lay all of our cards out on the table? This is chess.

**[11:03]** Not checkers!

**[11:05]** Yesterday when all you guys were freaking out and I can understand you were I get it I get it.

**[11:10]** I was like, yo, just trust me, guys. And then.

**[11:14]** We're able to see what happened with that press conference.

**[11:16]** And then

**[11:18]** Tomorrow, Thursday.

**[11:20]** press conference in Florida.

**[11:22]** When we find out.

**[11:24]** What was really on Nolan's phone, when we find out metadata, when we find out the other cell phones in the area.

**[11:32]** That

**[11:33]** Benjamin Crump's team was tracking.

**[11:35]** I played a clip yesterday from one of the lawyers, the investigators. He said,

**[11:40]** It's going to surprise you.

**[11:42]** So

**[11:43]** Nancy Grace, be prepared.

**[11:46]** Backtrack, redact, do whatever you gotta do.

**[11:50]** Because

**[11:52]** There's a reason.

**[11:54]** Why?

**[11:57]** Christine and Elmore and Benjamin Crump and his team are doing.

**[12:01]** doing

**[12:02]** And I have repeatedly told y'all.

**[12:05]** You just have to trust the process.

**[12:08]** If you don't like Benjamin Crump, I understand. You don't like Al Sharpton, I understand. You maybe not even like me, I understand.

**[12:16]** The one person that is important here, we're the two people that are important here.

**[12:21]** It's Christine and Elmore.

**[12:23]** Gotta trust them.

**[12:26]** That is their child.

**[12:27]** They know what they're doing.

**[12:29]** I've said it repeatedly. I take my marching orders from them. I follow their lead.

**[12:36]** They know what they're doing.

**[12:38]** And they do not play around.

**[12:40]** Trust the process. It might not happen today. It might not happen tomorrow. It might not even just happen after the, um,

**[12:47]** The phone press conference, but just trust in the process that we will get justice for Nolan Xavier Wells.

**[12:55]** Alright.

**[12:56]** I presented my case.

**[12:58]** Let me know.

**[13:00]** What you guys think of Switching Sides Nancy?

**[13:03]** You think I'm being too hard on her? I don't know. Like the evidence is there. Like this is ridiculous. And I would say to go and watch the show so that you could see how many more times she says the boys have been exonerated. But trust me, it's painstaking. Don't do that to yourself. Plus, don't give her clips because that's what, don't give her views because that's exactly what they want.

**[13:25]** I've showed you enough.

**[13:26]** Let me know what you think about the [Sea Tow] call.

**[13:29]** Let me know what you think about the drowning clip. I mean, this is anybody out there who tells you.

**[13:35]** That the autopsy's result was that Nolan drowned.

**[13:39]** You know, that's just manipulation. You know, that's just false narrative. It's not too hard to understand that.

**[13:45]** Both autopsies.

**[13:47]** The state and our independent autopsy have both resulted.

**[13:54]** In

**[13:55]** their test being undetermined. And only because he was around sand and around water, they're like,

**[14:05]** If you exclude everything, it's like

**[14:07]** You can maybe assume that he drowned. That's that's it. That's the only thing.

**[14:13]** There is no scientific

**[14:16]** proof.

**[14:17]** He drowned it.

**[14:18]** You know what was scientific though?

**[14:20]** The blood on the back of his head.

**[14:24]** The red blood cells and not any white blood cells. The blunt force trauma, yeah.

**[14:31]** I'm gonna pin yesterday's video in a comment section below for those who don't know what I'm talking about. We now have scientific proof.

**[14:39]** that that blunt force trauma came.

**[14:42]** four hours before Nolan passed away.

**[14:47]** Is what we need to focus on. That is the only thing that Nancy [Grace] should be talking about. But no, they don't do that.

**[14:55]** Y'all sound off below and let me know what you think.

**[14:58]** When you are in the comment section, you know I'm gonna ask you guys to do me a small favor or maybe like one or two little small favors.

**[15:05]** please do not forget to like and subscribe. When you are subscribing,

**[15:10]** Please do not forget there is a bell up beside the join button. Make sure you click that bell. There's a drop down menu.

**[15:16]** Change these settings from personalized to all so that you can be notified whenever we drop a video. For those of you who have already subscribed, the bell is always there for you. So if you haven't changed the setting, make sure you change that setting today.

**[15:29]** For those of you who are on YouTube, please give this video a hype. I want to make sure we discredit Nancy Grace as much as possible. It's absolutely free. It costs you nothing. It just lets the algorithm and it lets YouTube know that you really like this video and you want to hype it up. It's available in most countries now. If you don't see it, don't panic, but it's available mostly everywhere.

**[15:51]** Also, like I said just two seconds ago, I will pin yesterday's video that summarizes the press conference. If you're feeling unmotivated, if you're feeling sad, if you're feeling like justice for [Nolan] is too far out of reach, trust me, watch that video and you will feel like you're on top of the world and you will feel like we're just starting. Just look at the comment section.

**[16:13]** Everyone is excited. It's a great, great video. If you missed it, make sure you check it out. And lastly, for those of you who are on YouTube, YouTube is going to suggest two videos. They're going to put it on your screen.

**[16:26]** Mine that they think you might like based on you watching this video. So you have three videos of mine to choose from, and I will catch you next video. I'll see you guys in the comments section.

**[16:38]** Yes.

**[16:39]** Don't forget to like, comment, and subscribe [unclear].