FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Hudson, et al. Plaintiff

v. CIVIL ACTION NO. 26-cv-00295-LG-RPM

Hall Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Edward Andrew Paltzik

Firm Name: Taylor Dykema PLLC

Office Address: 914 E. 25th Street

City: Houston State TX Zip 77009

Telephone: 5165260341 Fax:

E-Mail: edward@taylordykema.com

(B) Client(s): Benjamin Warren Huson, Jr., Eli Jax Pitalo, Morgan Seymour

Address: Taylor and Cox Law Firm, 1113 Jackson Avenue

City: Pascagoula State MS Zip 39568

Telephone: 228-696-0111 Fax: n/a

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

I have been representing the clients I propose to represent since August 6, 2026, in connection with the subject matter set forth in this lawsuit, to wit: false allegations that they have faced in connection with the tragic death of Nolan Wells on or about July 4, 2026. However, this is the first lawsuit that we have commenced on behalf of the clients.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes. I have special experience and expertise in defamation law as my core practice area, and I have a very close and warm attorney-client relationship with both the clients and their families, and my co-counsel, Hon. J. Tyler Cox.

(C) I am admitted to practice in the:

☑ State of Texas

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

State Bar of Texas
P.O. Box 12487
Capitol Station
Austin, texas
78711-2487
512-427-1350

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| New York (State) | 2007 |
| New Jersey (State) | 2017 |
| Utah (State) | 2025 |
| Maine (State) | 2025 |
| Supreme Court of the United States (Federal) | 2021 |
| United Stated Court of Appeals (Federal): | |
| 2nd District | 2021 |
| 3rd District | 2021 |
| 4th Circuit | 2023 |
| 5th Circuit | 2023 |
| 6th Circuit | 2021 |
| SEE ATTACHED LIST FOR FURTHER INFORMATION | |

| | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
| | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| United States District Court- Southern District of Mississippi: 2012 15th Street, Gulfport, MS 39501 | 10/6/2026 | Filed, pending approval |

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| United States District Court- Southern District of Mississippi: 2012 15th Street, Gulfport, MS 39501 | Hudson, et al. Vs. Owens 26-cv-00292-TBM-RPM |

| | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number Hon. J. Tyler Cox, 105807

Firm Name: TAYLOR AND COX LAW FIRM

Office Address: 1113 Jackson Ave.

City: Pascagoula State: MS Zip: 39567

Telephone: 228-696-0111 Fax:

Email address: tyler@taylorandcox.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

______________________________
Resident Attorney

I certify that the information provided in this Application is true and correct.

10/8/2026
______________
Date

______________________________
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 8th day of October, 2026.

______________________________
Resident Attorney

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Edward Andrew Paltzik**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 25th day of April, 2024.

I further certify that the records of this office show that, as of this date

**Edward Andrew Paltzik**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of October, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5939C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

October 06, 2026

Re: Edward Andrew Paltzik, State Bar Number 24140402

To Whom It May Concern:

This is to certify that Edward Andrew Paltzik was licensed to practice law in Texas on April 25, 2024, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

8th Circuit (2025)

9th Circuit (2020)

D.C. Circuit (2024)

Federal Circuit (2020)

United States District Court:

District of Colorado (2024)

District of Columbia (2023)

District of Maine (2025)

District of Maryland (2023)

District of New Jersey (2017)

District of New Mexico (2024)

Eastern District of Michigan (2026)

Eastern District of New York (2007)

Southern District of New York (2007)

Northern District of New York (2023)

Western District of New York (2024)

Northern District of Ohio (2025)

Eastern District of Texas (2024)

Southern District of Texas (2024)

Northern District of Texas (2024)

District of Utah (2025)