AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Benjamin Warren Hudson, Jr., a minor, by his father and next friend Dr. Benjamin Hudson, Eli Jax Pitalo, a minor, by his father and next friend George "Trae" Pitalo, III, Morgan Seymour, a minor by his father and | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:26-cv-00295 LG-RPM |
| Trent Hall a/k/a "Trent Out Loud" | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRENT HALL a/k/a "TRENT OUT LOUD"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Tyler Cox, Esq.
Taylor and Cox Law Firm
1113 Jackson Avenue
Pascagoula, MS 39567
(228) 696-0111
tyler@taylorandcox.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/14/2026

S. Roberts

*Signature of Clerk or Deputy Clerk*