**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BENJAMIN WARREN HUDSON, JR., a minor, by and through his natural father and next friend Dr. Benjamin Hudson; et al.** **PLAINTIFFS**

**v.** **CAUSE NO. 1:26CV295-LG-RPM**

**TRENT HALL, an individual also known as Trent Out Loud** **DEFENDANT**

**ORDER REQUIRING DISCLOSURE OF THE USE OF ARTIFICIAL INTELLIGENCE TOOLS**

The proliferation of generative artificial intelligence ("GenAI") or agentic artificial intelligence ("Agentic AI") by parties raises concerns over the reliability, accuracy, and increased volume of filings in this Court. Such tools include, but are not limited to, ChatGPT, Claude, Gemini, CoCounsel, Protégé, and Grok.

Rule 11(b) of the Federal Rules of Civil Procedure provides that by submitting a pleading, motion, brief, or other paper to the Court, an attorney or *pro se* litigant certifies that their claims, defenses, and other legal contentions or citations to legal authorities are warranted by existing law and that their factual contentions have evidentiary support.

**IT IS THEREFORE ORDERED AND ADJUDGED** that any attorney or *pro se* litigant who uses GenAI or Agentic AI *in any* capacity on any filed pleading or paper in this Court shall submit a declaration disclosing the use of GenAI or Agentic AI. The declaration shall be captioned "Disclosure of the Use of GenAI or

Agentic AI." The declaration shall identify the content (by page number, section number, or paragraph number) prepared with the assistance of GenAI or Agentic AI and identify the tool used to create the content. The declaration shall include the following certification:

> This [identify filed pleading or paper] was generated with the assistance of [identify GenAI or Agentic AI tool used]. I hereby certify that, in compliance with Federal Rule of Civil Procedure 11, I have independently reviewed the source material and verified the accuracy of the artificial content. I understand that I am responsible for the contents of this [identify filed paper] and that failure to comply with Rule 11(b) may result in sanctions under Rule 11(c).

**SO ORDERED AND ADJUDGED** this the 26th day of October, 2026.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE