# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| Benjamin Warren Hudson, Jr., a minor, by his father and next friend Dr. Benjamin Hudson, Eli Jax Pitalo, a minor, by his father and next friend George "Trae" Pitalo, III, Morgan Seymour, a minor by his father and | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-00295 LG-RPM |
| Trent Hall a/k/a "Trent Out Loud" | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TRENT HALL a/k/a "TRENT OUT LOUD"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Tyler Cox, Esq.
Taylor and Cox Law Firm
1113 Jackson Avenue
Pascagoula, MS 39567
(228) 696-0111
tyler@taylorandcox.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/14/2026

S. Roberts

*Signature of Clerk or Deputy Clerk*

**IN THE DISTRICT COURT OF FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BENJAMIN WARREN HUDSON, JR., a minor, by and through his natural father and next friend DR. BENJAMIN HUDSON; ELI JAX PITALO, a minor, by and through his natural father and next friend GEORGE "TRAE" PITALO, III; and MORGAN SEYMOUR, a minor, by and through his natural father and next friend MICHAEL SEYMOUR**

Plaintiff / Petitioner

v. **Case No.**: 1:26cv295 LG-RPM

**TRENT HALL a/k/a TRENT OUT LOUD, an individual**
Defendant / Respondent

## AFFIDAVIT OF SERVICE

PROVINCE OF QUEBEC, CITY OF MONTREAL

BEFORE ME, the undersigned authority, personally appeared Yolanda Di Vito, who, being first duly sworn, deposes and states as follows:

**1. Affiant:** My name is Yolanda Di Vito, and I am at least eighteen (18) years of age and competent to make this affidavit.

**2. Capacity:** I am a duly authorized judicial bailiff and am not a party to the above-captioned action.

**3. Documents Served:** On the 16th day of November, 2026, at approximately 7:50 p.m., I served the following documents:

- **COMPLAINT**
- **EXHIBIT A TO EXHIBIT F**
- **SUMMONS IN A CIVIL ACTION**

**4. Person to be Served:** TRENT HALL

**5. Place of Service:** Service was effected at the following address:

**Street Address**: 45 RUE Marcel Meloche
**City**: Kirkland
**Province**: Quebec
**Postal Code**: H9J 1K5

**6. Method of Service:** Service was effected by:

☐ Personally delivering the documents to the person named above.

☐ Leaving the documents with an appropriate person at the defendant's usual place of abode, in accordance with applicable law.

✕ Other method authorized by law or court order (specify): Documents left at the entrance door of the residence at 45 Marcel Meloche, Kirkland, Quebec, H9J 1K5, following an unsuccessful attempt at personal service.

**7. Additional Details of Service:**

Upon arriving at the address provided for service, I was met at the door by an older gentleman. I identified myself as a judicial bailiff and inquired whether Trent Hall was present.

The gentleman immediately responded that he did not know anyone by that name. I verified that I was at the correct address and again asked whether he was certain that he did not know an individual named Trent Hall. He reiterated that he did not know anyone by that name.

I subsequently returned to my vehicle and conducted a property ownership search to verify the identity of the registered owner of the residence. The search indicated that the property was registered in the name of **Trevor Olier Hall**.

Following this discovery, I returned to the residence and rang the doorbell once again. The same gentleman responded by opening a window on an upper floor of the residence. I again identified myself as a judicial bailiff and advised him of my intention to leave the legal documents at the entrance door.

At that point, the gentleman stated, **"Trent does not live here."** This statement was inconsistent with his earlier assertion that he did not know anyone by the name of Trent Hall, as he now appeared to acknowledge knowing the individual in question.

Furthermore, I had previously been informed by the client requesting service that an earlier attempt to serve Trent Hall had been made at the same address. According to the information provided to me, during that previous attempt, an individual identified as Trent Hall's father answered the door and called out for Trent to come to the door.

Based on my personal observations, the property ownership information obtained, and the information communicated to me regarding the previous service attempt, I noted the inconsistencies in the gentleman's statements concerning his knowledge of Trent Hall and his possible connection to the residence.

**8. Declaration:** I declare under oath that the foregoing statements are true and correct to the best of my personal knowledge.

**FURTHER AFFIANT SAYETH NOT.**

____________________________________

Signature of Affiant / Process Server
Printed Name: Yolanda Di Vito
Title / Capacity: Judicial Bailiff
Business Address: 530 Boulevard Saint Laurent, Montreal, Quebec, H2Y 2Y9
Date: November 19th, 2026

**NOTARIAL JURAT**

SWORN TO AND SUBSCRIBED before me on this 19th day of November, 2026.

____________________________________

Notary Public / Authorized Officer

Daniela Luciani

COMMISSAIRE À L'ASSERMENTATION
Daniela Luciani
173563
TOUS LES DISTRICTS